

FILED Kansas City, KS
JAN 27 2014
Clerk
U.S. Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
DISTRICT OF KANSAS
KANSAS CITY DIVISION

IN RE: )
)
**Defendant(s):** ) ADVERSARY CASE NO. 13-06116
Danita L Odom )
AND )
Simply Living )
LLC )
)

## ANSWER TO COMPLAINT FOR MONETARY SANCTIONS AND INJUNCTIVE RELIEF PURSUANT TO 11 U.S.C. § 110

In response to the allegations made by the US Trustee Robert Wieland in his Complaint for Monetary Sanctions and Injunctive Relief Pursuant to 11 U.S.C.§110 submitted to the US Bankruptcy Court, District of Kansas on December 22, 2013 the allegations are denied.

### Count 1-Providing Legal Advice Line 25
In its capacity as Petition Preparer, Simply Living LLC did not provide legal advice to any debtor. Debtors are provided a mandatory disclosure of B201A Notice to Consumer Debtor and directed to the court site for any and all information they may need to complete their Petition for Bankruptcy by Simply Living LLC. Debtors are also encouraged to take advantage of free consultations provided by area attorneys because legal advice is not provided by Simply Living LLC. The internet is full of information for debtors. Debtors are encouraged to use all the tools available to them for their questions outside the scope of work for a petition preparer. Debtors also sign a contract that is filed with their Petition for Bankruptcy with the court that states Simply Living 'has not' provided any legal advice to Debtor.

## Count II- Disgorgement of fees-Line 31 and Line 32

**Form B280, Disclosure of Compensation of Bankruptcy Petition Preparer, is a Mandatory document prepared by Simply Living LLC with every Petition prepared. I object to this allegation that Simply Living LLC did not disclose compensation.**

I, Danita L Odom, affirm that Simply Living LLC, acting as a petition preparer, has not violated 11 U.S.C. § 110 as alleged by Mr. Wieland in his Complaint.

                                                        Respectively Submitted
                                                        Danita L Odom
                                                        Simply Living LLC

## Certificate of Service

I, Danita L Odom, certify by signing below, that a true and correct copy of above Answer was hand delivered to the US Bankruptcy Court 500 State Avenue Kansas City Kansas on January 27, 2014.

_____