**SO ORDERED.**

**SIGNED this 19th day of February, 2014.**




Janice Miller Karlin
United States Bankruptcy Judge

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF KANSAS

IN RE:
**Robert Clark Johnson,**                         Case No. 13-22077-7

       **Debtor.**

IN RE:
**Charissa S. Wilson,**                           Case No. 13-22029-7

       **Debtor.**

IN RE:
**Bobby Jefferson, Jr.,**                         Case No. 13-22726-7

       **Debtor.**

IN RE:
**Melissa Leigh Relf,**                           Case No. 13-23109-7

       **Debtor.**

Richard A. Wieland
United States Trustee,

                Plaintiff.　　　　　　Adversary No. 13-6116 (lead)
vs.　　　　　　　　　　　　　　　　 Adversary No. 13-6117
　　　　　　　　　　　　　　　　　　 Adversary No. 13-6118
Danita Louise Odom and　　　　　　 Adversary No. 13-6119
Joseph dela Pasion, and
Simply Living, LLC, and　　　　　　 Procedurally Consolidated
Genesis Realty Solutions, LLC,

                Defendants.

## SCHEDULING ORDER

The matter before the Court is Plaintiff's Complaint for injunctive relief and the recovery of money/property,[1] as well as Plaintiff's Motion to Consolidate.[2] The Court adopts the schedule outlined in the Report of Parties' Planning Meeting,[3] except for the following deadlines:

1. The answers of the two LLC's are now due no later than **March 20, 2014.**[4]

2. Rule 26(a)(1) disclosures shall be exchanged no later than **March 24, 2014.**

---

[1] Doc. 1.

[2] Doc. 13.

[3] The Report was filed as Doc. 19 in all cases except 13-6119; in that case, the Report is Doc. 16.

[4] This Court previously set March 6 for these answers, but upon oral motion of Defendant, Mr. dela Pasion, the deadline is extended to March 20, 2014 to provide additional time to find counsel. This judge also reminded both self-represented debtors that they will be bound by the rules of civil and bankruptcy procedure as well as the Court's local rules, and recommended they seriously consider hiring counsel to represent them.

2

3. Plaintiff's Reports from retained experts under Fed. Rule Civ. P. 26(a)(2) are due on or before **May 31, 2014** and Defendants' Reports are due on or before **June 10, 2014**.

4. All discovery, including any expert witness discovery, must be completed by **June 27, 2014.** This means written discovery must be served at least 30 days prior to this date.

5. The Court has scheduled a Final Pretrial Conference on **July 2, 2014 @ 1:20 P.M.** in the United States Bankruptcy Court, 444 S.E. Quincy, Suite 215, Topeka, Kansas 66683.[5]  Plaintiff's counsel shall be responsible for submitting one agreed pretrial order, covering all parties and all claims, after consultation with opposing counsel/parties, no later than **June 30, 2014**.  The pretrial order form can be accessed on the Website at www.ksb.uscourts.gov under Judges' Corner.

6. Dispositive motions are due by **July 16, 2014.**

The Court also holds that because no party filed a timely Motion to Transfer (withdraw the reference) of this proceeding, the parties are deemed to have consented to trial by a bankruptcy judge (not a jury), and to entry of a final order by the bankruptcy judge.  See D. Kan. Rule 83.6.6.

In the event of any discovery dispute, counsel shall first meet and confer in an effort to resolve the dispute. If counsel are unable to resolve the dispute, counsel for any party seeking assistance from the Court shall, before filing any discovery motion,

---

[5] In addition, I have set this for pretrial in Topeka.  As a result, Counsel/parties may appear by telephone if they request to do so in advance.

arrange a conference call with the Court with all counsel involved in the dispute. The Court will endeavor to resolve the dispute without the filing of any discovery motions.

As to Plaintiff's Motion to Consolidate, the Court orders as follows: Case 13-6116 will be designated the Lead Case and all pleadings related to any of the four adversary proceedings shall be filed in the Lead Case. These pleadings will be deemed to have been filed in each separate case. All pleadings must contain the above-formatted caption.

Attached to this Scheduling Order is a chart of the deadlines.

**IT IS SO ORDERED.**

# # #

4

Case 13-06116    Doc# 23    Filed 02/19/14    Page 4 of 5

SUMMARY OF DEADLINES

Pursuant to the Scheduling Order entered in this matter, the deadlines are as follows:

| | |
|---|---|
| Answers of two LLC's | March 20, 2014 |
| Pre-Discovery Disclosures required by Fed. R. Civ. P. 26(a)(1) | March 24, 2014 |
| Motion for leave to join additional parties or to otherwise amend the pleadings | March 31, 2014 |
| Plaintiff's expert reports | May 31, 2014 |
| Defendants' expert reports | June 10, 2014 |
| Discovery deadline | June 27, 2014 |
| Final Pretrial Order | June 30, 2014 |
| Final Pretrial Conference | July 2, 2014 @ 1:20 P.M. |
| Dispositive Motions | July 16, 2014 |

UNLESS MODIFIED BY A SPECIFIC WRITTEN COURT ORDER, THESE DEADLINES CONTROL THE COURSE OF THE MATTER.