**SO ORDERED.**

**SIGNED this 25th day of March, 2014.**




Janice Miller Karlin
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:
Robert Clark Johnson,                          Case No. 13-22077-7

       Debtor.

IN RE:
Charissa S. Wilson,                            Case No. 13-22029-7

       Debtor.

IN RE:
Bobby Jefferson, Jr.,                          Case No. 13-22726-7

       Debtor.

IN RE:
Melissa Leigh Relf,                            Case No. 13-23109-7

       Debtor.
_____

| | |
|---|---|
| Richard A. Wieland<br>United States Trustee, | |
| Plaintiff. | Adversary No. 13-6116 (lead) |
| vs. | Adversary No. 13-6117<br>Adversary No. 13-6118 |
| Danita Louise Odom and<br>Joseph dela Pasion, and | Adversary No. 13-6119 |
| Simply Living, LLC, and<br>Genesis Realty Solutions, LLC, | Procedurally Consolidated |
| Defendants. | |

### ORDER GRANTING 10 DAY EXTENSION TO SIMPLY LIVING, LLC

The United States Trustee brought this action against Simply Living, LLC (SL), and others, on December 22, 2013. One of the individual defendants, Danita Odom, tried to file an answer on behalf of SL, but this Court struck the answer after determining that Ms. Odom was not a licensed attorney.[1] The Court then provided SL an additional 21 days to answer, and directed Plaintiff to file a Motion for Default Judgment if no answer was properly filed.

No answer was filed, and Plaintiff did file such a request.[2] Before default could be granted, Ms. Odom sought an undefined extension of time to find an attorney to file an answer for SL.[3] But SL has now known of this matter for three months, and has had adequate time to find counsel. In fact, Ms. Odom has known for over 7 weeks that SL will

---

[1] Doc. 20.

[2] Doc. 29.

[3] Doc. 31.

be defaulted out unless a licensed attorney files an answer for SL.

Because of a strong preference to decide matters on the merits, however, and notwithstanding the fact SL has had more than adequate time to retain counsel, the Court will grant one last extension of time—to April 4, 2014—for SL to file an answer by an authorized attorney. The Court will enter default against SL if a proper answer (or other *responsive* pleading) is not filed by April 4, 2014.

IT IS, THEREFORE, ORDERED that SL's motion (albeit improperly filed by a non-attorney) is granted, but only to April 4, 2014.

# # #