| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
|     ROBERT CLARK JOHNSON, | ) | Case No. 13-22077-7 |
| | ) | |
|         Debtor, | ) | |
| -------------------------------------------- | ) | |
| In re: | ) | |
|     CHARISSA S. WILSON, | ) | Case No. 13-22029-7 |
| | ) | |
|         Debtor, | ) | |
| -------------------------------------------- | ) | |
| In re: | ) | |
|     BOBBY JEFFERSON, JR., | ) | Case No. 13-22726-7 |
| | ) | |
|         Debtor, | ) | |
| -------------------------------------------- | ) | |
| In re: | ) | |
|     MELISSA LEIGH RELF, | ) | Case No. 13-23109-7 |
| | ) | |
|         Debtor, | ) | |
| -------------------------------------------- | ) | |
| | ) | |
| | ) | |
| RICHARD A. WIELAND, | ) | |
| UNITED STATES TRUSTEE, | ) | |
| | ) | |
|         Plaintiff, | ) | Adversary Proceeding No. 13-6116 (lead) |
| v. | ) | Adversary Proceeding No. 13-6117 |
| | ) | Adversary Proceeding No. 13-6118 |
| DANITA LOUISE ODOM, | ) | Adversary Proceeding No. 13-6119 |
| AND | ) | |
| JOSEPH DELA PASION, | ) | |
| AND | ) | |
| SIMPLY LIVING, LLC, | ) | |
| AND | ) | |
| GENESIS REALTY SOLUTIONS, LLC, | ) | |
| | ) | |
|         Defendants. | ) | |

# MOTION FOR LEAVE TO FILE
# FIRST AMENDED COMPLAINT

Plaintiff Richard A. Wieland, United States Trustee for Region 20 ("Plaintiff"), by and through his undersigned counsel, files this Motion for Leave to file First Amended Complaint, pursuant to Fed. R. Civ. P. 15(a)(2) incorporated through Fed. R. Bankr. P. 7015, and in support states as follows:

1. The United States Trustee filed his original complaint against the Defendants on December 22, 2013.

2. The United States Trustee has become aware of additional significant allegations regarding the Defendants' conduct while engaging in bankruptcy petition preparer activities.

3. In the interest of justice, the United States Trustee requests to amended his complaint against the Defendants to add additional counts regarding violations of 11 U.S.C. § 110.

4. Pursuant to Fed. R. Civ. P. 15(a)(2), the plaintiff United States Trustee may amend his complaint with the Court's leave, which should freely be given when justice so requires.

WHEREFORE, the plaintiff United States Trustee requests this Court grant leave to file his First Amended Complaint (attached to this motion as Exhibit 1), and such other and further relief as the Court deems just and proper.

Date: March 31, 2014

Respectfully submitted,

RICHARD A. WIELAND
UNITED STATES TRUSTEE

By: *s/ Joseph A. DiPietro*
    JOSEPH A. DiPIETRO

2

Kan. Fed. Bar No. AR98004
Trial Attorney
Office of the U.S. Trustee
301 N. Main St., Ste. 1150
Wichita, KS 67202
Telephone: (316) 269-6214
Telecopier: (316) 269-6181
joseph.a.dipietro@usdoj.gov

CERTIFICATE OF MAILING

      I hereby certify that a copy of the United States Trustee's Motion for Leave to file First Amended Complaint was served upon all parties receiving electronic notification and prepared for transmission via first-class mail, postage prepaid, this 31st day of March, 2014:

Genesis Reality Solutions, LLC
c/o Joseph Dela Pasion
P.O. Box 2924
Olathe, KS 66063

Simply Living, LLC
c/o Danita L. Odom
P.O. Box 2924
Olathe, KS 66063

Danita L. Odom
P.O. Box 2924
Olathe, KS 66063

Joseph Dela Pasion
P.O. Box 2924
Olathe, KS 66063

                                                  *s/ Joseph A. DiPietro*
                                                  JOSEPH A. DiPIETRO